# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                Chapter 13

                Bankruptcy No. 20-10186-MDC

EMMA FORTUNE

7643 WOOLSTON AVENUE

PHILADELPHIA, PA 19150-

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    EMMA FORTUNE

    7643 WOOLSTON AVENUE

    PHILADELPHIA, PA 19150-

Counsel for debtor(s), by electronic notice only.

    ERIK B JENSEN, ESQ.
    JENSEN BAGNATO, P.C.
    1500 WALNUT ST., STE 1920
    PHILA, PA 19102-

                              /S/ William C. Miller

Date: 6/1/2020                          _____

                                     William C. Miller, Esquire
                                     Chapter 13 Standing Trustee