IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                              :
    Emma Fortune                                   :
                                                    : Bankruptcy No: 20-10186-mdc

## ORDER DIRECTING EMPLOYER TO MAKE WAGE DEDUCTION
## FOR REMITTANCE TO STANDING TRUSTEE

To the Employer of the Debtor:

    The future earnings of the Debtor are subject to the continuing supervision and control of the Court for the purpose of enforcing and carrying out the Debtor's plan.

    IT IS THEREFORE ORDERED, that the employer of the Debtor shall deduct from the wages of the Debtor, beginning with the next pay period after receipt of the Order the sum of:

$302.50 bi-weekly

    The employer shall continue these deductions until further Order of this Court and shall remit all monies withheld from the Debtor's wages at least monthly, or more frequently to the Standing Trustee whose name and address appear below.

July 13, 2020

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

Make check payable to:
William C. Miller, Trustee
PO Box 1799
Memphis TN 38101-1799

Payroll Controller
Germantown Home
6970 Germantown Avenue
Philadelphia PA 19119