United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 20-10186-mdc
Emma Fortune                                                          Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: TashaD            Page 1 of 1           Date Rcvd: Jul 13, 2020
                            Form ID: pdf900         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 15, 2020.
db             +Emma Fortune,    7643 Woolston Avenue,    Philadelphia, PA 19150-2612
               +Germantown Homes,    6970 Germantown Avenue,    Phila, PA 19119-2114

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2020                                  Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 13, 2020 at the address(es) listed below:
              ERIK B. JENSEN    on behalf of Debtor Emma  Fortune akeem@jensenbagnatolaw.com,
               camryn@jensenbagnatolaw.com;jennifer@jensenbagnatolaw.com;lori@jensenbagnatolaw.com;mjmecf@gmail.
               com;jensener79956@notify.bestcase.com
              JOSHUA   DOMER    on behalf of Creditor   CITY OF PHILADELPHIA joshua.domer@phila.gov,
               karena.blaylock@phila.gov
              KARINA   VELTER    on behalf of Creditor    Plaza Home Mortgage, Inc. amps@manleydeas.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Nissan Motor Acceptance Corporation
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                            :
    Emma Fortune                               :
                                               : Bankruptcy No: 20-10186-mdc

## ORDER DIRECTING EMPLOYER TO MAKE WAGE DEDUCTION
## FOR REMITTANCE TO STANDING TRUSTEE

To the Employer of the Debtor:

    The future earnings of the Debtor are subject to the continuing supervision and control of the Court for the purpose of enforcing and carrying out the Debtor's plan.

    IT IS THEREFORE ORDERED, that the employer of the Debtor shall deduct from the wages of the Debtor, beginning with the next pay period after receipt of the Order the sum of:

$302.50 bi-weekly

    The employer shall continue these deductions until further Order of this Court and shall remit all monies withheld from the Debtor's wages at least monthly, or more frequently to the Standing Trustee whose name and address appear below.

July 13, 2020

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

<u>Make check payable to:</u>
William C. Miller, Trustee
PO Box 1799
Memphis TN 38101-1799

<u>Payroll Controller</u>
Germantown Home
6970 Germantown Avenue
Philadelphia PA 19119