United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                              Case No. 20-10186-mdc
Emma Fortune                                                                                        Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2            User: Antoinett            Page 1 of 2                 Date Rcvd: Jul 17, 2020
                                Form ID: pdf900           Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 19, 2020.
```
db             +Emma Fortune,    7643 Woolston Avenue,    Philadelphia, PA 19150-2612
14450491       +Dovenmuehle Mortgage, Inc.,    1 Corporate Drive,    Suite 360,    Lake Zurich, IL 60047-8945
14450494       +First PREMIER Bank,    Attn: Bankruptcy,    Po Box 5524,    Sioux Falls, SD 57117-5524
14450496       +Manley Deas Kochalaski LLC,    1555 Lake Shore Drive,    Columbus, OH 43204-3825
14450497       +Nissan Motor Acceptance,    Attn: Bankruptcy,    Po Box 660366,    Dallas, TX 75266-0366
14462094       +Nissan Motor Acceptance Corporation,    PO Box 9013,    Addison, Texas 75001-9013
14487560       +Nissan Motor Acceptance Corporation,    C/O REBECCA ANN SOLARZ,    KML Law Group, P.C.,
                 701 Market Street,    Suite 5000,    Philadelphia, PA 19106-1541
14487341       +Nissan Motor Acceptance Corporation,    C/O KML Law Group,    701 Market Street Suite 5000,
                 Philadelphia, PA. 19106-1541
14450499       +PGW,   1800 North 9th Street,    Philadelphia, PA 19122-2021
14450500       +Plaza Home Mortgage,    1 Corporate Drive Suite 360,    Lake Zurich, IL 60047-8945
14453983       +Plaza Home Mortgage, Inc.,    C/O KARINA VELTER,    Manley Deas Kochalski LLC,    P.O. Box 165028,
                 Columbus, OH 43216-5028
14452955        Plaza Home Mortgage, Inc.,    c/o Manley Deas Kochalski LLC,    P.O. Box 165028,
                 Columbus, OH 43216-5028
14450502       +Tristate,    264 Highland Park Blvd,    Wilkes Barre, PA 18702-6711
14450504        Water Revenue Bureau,    1415 JKF Blvd.,    15th Floor,    Philadelphia, PA 19105
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Jul 18 2020 05:20:52     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 18 2020 05:20:10
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 18 2020 05:20:45     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/Text: megan.harper@phila.gov Jul 18 2020 05:20:52     CITY OF PHILADELPHIA,
                 Tax & Revenue Unit,    1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,    Major Tax Litigation Division,
                 Philadelphia, PA  19102-1595
14450489       +E-mail/Text: broman@amhfcu.org Jul 18 2020 05:20:39     American Heritage Federal Credit Union,
                 Attn: Bankruptcy,    2060 Red Lion Road,    Philadelphia, PA 19115-1699
14509966        E-mail/Text: megan.harper@phila.gov Jul 18 2020 05:20:52     Water Revenue Bureau,
                 c/o City of Philadelphia Law Department,    Tax & Revenue Unit,    Bankruptcy Group, MSB,
                 1401 John F. Kennedy Blvd., 5th Floor,    Philadelphia, PA 19102-1595
14450490       +E-mail/PDF: creditonebknotifications@resurgent.com Jul 18 2020 05:23:45     Credit One Bank,
                 Attn: Bankruptcy Department,    Po Box 98873,    Las Vegas, NV 89193-8873
14450492       +E-mail/Text: bknotice@ercbpo.com Jul 18 2020 05:20:37     Enhanced Recovery Corp,
                 Attn: Bankruptcy,    8014 Bayberry Road,    Jacksonville, FL 32256-7412
14450493       +E-mail/Text: bnc-bluestem@quantum3group.com Jul 18 2020 05:21:12     Fingerhut,
                 Attn: Bankruptcy,    6250 Ridgewood Road,    Saint Cloud, MN 56303-0820
14455062        E-mail/PDF: resurgentbknotifications@resurgent.com Jul 18 2020 05:23:46     LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14450495       +E-mail/PDF: resurgentbknotifications@resurgent.com Jul 18 2020 05:23:31
                 LVNV Funding/Resurgent Capital,    Attn: Bankruptcy,    Po Box 10497,
                 Greenville, SC 29603-0497
14450501        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 18 2020 05:23:29
                 Portfolio Recovery,    Attn: Bankruptcy,    120 Corporate Blvd,    Norfolk, VA 23502
14463323        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 18 2020 05:23:44
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14450498       +E-mail/Text: bankruptcygroup@peco-energy.com Jul 18 2020 05:20:01     Peco,
                 2301 Market Street,    Philadelphia, PA 19103-1380
14461174        E-mail/Text: bnc-quantum@quantum3group.com Jul 18 2020 05:20:04
                 Quantum3 Group LLC as agent for,    Cognical Holdings Inc.,    PO Box 788,
                 Kirkland, WA  98083-0788
14518758       +E-mail/Text: megan.harper@phila.gov Jul 18 2020 05:20:51     The City of Philadelphia,
                 c/o Joshua Domer, Esq.,    City of Philadelphia Law Department,    Municipal Services Building,
                 1401 JFK Boulevard, 5th Floor,    Philadelphia, PA 19102-1617
14454024        E-mail/PDF: OGCRegionIIIBankruptcy@hud.gov Jul 18 2020 05:23:42
                 U.S. Department of Housing and Urban Development,    The Wanamaker Building, 11th Floor,
                 100 Penn Square East,    Philadelphia, PA 19107-3380
14450503       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jul 18 2020 05:19:43
                 Verizon,    Verizon Wireless Bk Admin,    500 Technology Dr Ste 550,
                 Weldon Springs, MO 63304-2225
                                                                                              TOTAL: 18
```

      ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
District/off: 0313-2           User: Antoinett            Page 2 of 2                  Date Rcvd: Jul 17, 2020
                               Form ID: pdf900            Total Noticed: 32

14518917*      +The City of Philadelphia,   c/o Joshua Domer, Esq.,   City of Philadelphia Law Department,
                Municipal Services Building,   1401 JFK Boulevard, 5th Floor,   Philadelphia, PA 19102-1617
                                                                                     TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 17, 2020 at the address(es) listed below:

```
              ERIK B. JENSEN    on behalf of Debtor Emma  Fortune akeem@jensenbagnatolaw.com,
               camryn@jensenbagnatolaw.com;jennifer@jensenbagnatolaw.com;lori@jensenbagnatolaw.com;mjmecf@gmail.
               com;jensener79956@notify.bestcase.com
              JOSHUA  DOMER     on behalf of Creditor   CITY OF PHILADELPHIA joshua.domer@phila.gov,
               karena.blaylock@phila.gov
              KARINA  VELTER    on behalf of Creditor   Plaza Home Mortgage, Inc. amps@manleydeas.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Nissan Motor Acceptance Corporation
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                            TOTAL: 6
```

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  
EMMA FORTUNE

Chapter 13

Debtor

Bankruptcy No. 20-10186-MDC

## ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

July 16, 2020

_____
Magdeline D. Coleman
Chief Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
ERIK B JENSEN, ESQ.
JENSEN BAGNATO, P.C.
1500 WALNUT ST., STE 1920
PHILA, PA 19102-


Debtor:
EMMA FORTUNE

7643 WOOLSTON AVENUE

PHILADELPHIA, PA 19150-